

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

JJD
F.#2010R00014

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

August 30, 2013

The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

       Re:  United States v. Louis Ruiz
           <u>Criminal Docket No. 10-CR-074 (S-4)(JFB)</u>

Dear Judge Bianco:

     The government respectfully requests that the
sentencing for the above-referenced defendant Louis Ruiz, which
is currently scheduled for September 13, 2013, be adjourned to a
date and time convenient to the Court in early October 2013.
Earlier this week, the defendant filed a detailed sentencing
memorandum and the government needs additional time to review
that memorandum and respond thereto.  The government has
conferred with Michael Bachrach, Esq., counsel for the defendant,
and he consents to the requested adjournment.  The parties are
available any day convenient to the Court during the first two
weeks of October, other than Monday, October 7.

                    Respectfully submitted,

                    LORETTA E. LYNCH
                    United States Attorney

        By:  ____/S/_____
              John J. Durham
              Assistant U.S. Attorney
              (631) 715-7851

cc:  Michael Bachrach, Esq. (By email and ECF)
     Steve Zissou, Esq. (By email and ECF)
     Clerk of the Court (By ECF)